# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

In the Matter of              )

      Mari L Sturtevant        )      Case No. 2:15-cv-00034

            Decedent.       )

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of Michael J. and Michelle P. Hagan to Refer or Consolidate, [Doc. No. 3], this matter with their pending Bankruptcy proceeding. The motion is granted.

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)[1] and this Court's Local Rule 81-9.01,[2] this matter is referable to the Bankruptcy Court.

---

[1] Rule 9027(e) provides:

    (e) Procedure after removal

    **(1)** After removal of a claim or cause of action to a district court the district court or, if the case under the Code has been referred to a bankruptcy judge of the district, the bankruptcy judge, may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the court from which the claim or cause of action was removed or otherwise.

    **(2)** The district court or, if the case under the Code has been referred to a bankruptcy judge of the district, the bankruptcy judge, may require the party filing the notice of removal to file with the clerk copies of all records and proceedings relating to the claim or cause of action in the court from which the claim or cause of action was removed.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is referred to the United States

Bankruptcy Court for the Eastern District of Missouri for further proceedings.

---

**(3)** Any party who has filed a pleading in connection with the removed claim or cause of action, other than the party filing the notice of removal, shall file a statement admitting or denying any allegation in the notice of removal that upon removal of the claim or cause of action the proceeding is core or non-core. If the statement alleges that the proceeding is non-core, it shall state that the party does or does not consent to entry of final orders or judgment by the bankruptcy judge. A statement required by this paragraph shall be signed pursuant to Rule 9011 and shall be filed not later than 14 days after the filing of the notice of removal. Any party who files a statement pursuant to this paragraph shall mail a copy to every other party to the removed claim or cause of action.

Federal Rules of Bankruptcy Procedure, Rule 9027

[2] Local Rule 81 - 9.01 Provides:

Bankruptcy Court Matters.

(A) Filings in Bankruptcy Proceedings.
The Clerk of the Bankruptcy Court shall receive all filings and maintain all files in Bankruptcy Court cases and proceedings.

(B) Reference to Bankruptcy Judges.

**(1)** All cases under Title 11 of the United States Code, and all proceedings arising under Title 11 or arising in or related to a case under Title 11, are referred to the bankruptcy judges for this district, who shall exercise the full extent of the authority conferred upon them.

**IT IS FURTHER ORDERED** the Clerk of the Court shall administratively close this matter.

Dated this 10th day of June, 2015.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE